20624. SEALS *v.* THE STATE.

LUKE, J. The evidence authorized the verdict, and the motion for a new trial, based on general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 15, 1930.

*J. R. Hutcheson,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.